IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VENITA K. BRITT**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00229-BSM**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 13] is adopted, the Commissioner's decision is affirmed, and Venita Britt's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 26th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE