IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VENITA K. BRITT**                                                                                          **PLAINTIFF**

**v.**                             **CASE NO. 3:23-CV-00229-BSM**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE